**No. 67578.**—Lanston Industries, Inc., et al. v. United States, protests 62/7962, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiffs was sustained.